## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO. 15-41394-TLS |
|  | ) |
| **CYNTHIA D. MIX** | ) CHAPTER 13 |
| SSN: ###-##-8580 | ) |
|  | ) |
|  | ) |
|  | ) |
| **Debtor.** |  |

### NOTICE OF FINAL CURE PAYMENT

Pursuant to Fed. Bankr. Rule 3002.1(g), the Trustee files Notice that the amount required to cure the default on the below claim has been paid in full and the Debtor has completed payments under the Plan.

**Name of Creditor:** Ft171 LLC

**Account number from claim:** 6544

**Amount of Prepetition Arrears per claim:** $17,567.93

**Amount paid by Trustee:** $17,567.93 (principal) and $5,903.82 (Interest)

Within 21 days of the service of this Notice, the creditor must file and serve same on the debtor, debtor's counsel and the Trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating (1) whether it agrees that the debtor has paid in full the amount required to cure the default on the claim and (2) whether the debtor is otherwise current on all payments consistent with § 1322(b)(5) of the Code. The statement must itemize the required cure or post-petition amounts, if any, that the creditor contends remain unpaid as of the date of the statement. The statement should be filed as a supplement to the creditor's proof of claim. Failure of the creditor to file this statement may result in the court taking further action as specified in Fed. Bankr. Rule 3002.1(i).

DATED: September 28, 2020

/s/ Kathleen A. Laughlin
Chapter 13 Trustee
13930 Gold Circle, #201
Omaha, NE   68144
(402)  697-0437
1-800-884-0437

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the **NOTICE OF FINAL CURE PAYMENT** was served on April Marty Lewis, debtor's attorney, via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed on September 28, 2020, by first-class, U.S. mail, postage prepaid to the Debtor and Creditor at the address listed below:

| | | |
|---|---|---|
| CYNTHIA D. MIX<br>2532 S 8TH ST<br>LINCOLN, NE 68502 | SOTTILE & BARILE, LLC<br>394 WARDS CORNER ROAD #180<br>LOVELAND, CO 45140 | FT171 LLC<br>C/O SN SERVICING CORPORATION<br>323 5TH STREET<br>EUREKA, CA 95501 |

s/Kathleen A. Laughlin
Kathleen A. Laughlin